IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 25-cv-1774-JEB |
| DEPARTMENT OF STATE, *et al.*, | |
| *Defendants*. | |

**JOINT MOTION FOR BRIEFING SCHEDULE**

In this case, Plaintiffs allege that Defendants have entered into an agreement with El Salvador under which the United States government is, they allege, paying El Salvador to accept and hold in its prisons people sent from the United States. Plaintiffs bring primarily Administrative Procedure Act claims, as well as an ultra vires claim.

The parties have conferred about an orderly way to proceed in this case, and have agreed that the interests of judicial efficiency—and both parties—would be served by avoiding duplicative preliminary briefing and proceeding directly to cross-motions on summary judgment. *See, e.g.*, *American Hospital Ass'n v. Dep't of Health & Human Services*, No. 18-cv-2112-JDB, 2018 WL 5777397, at *2 (D.D.C. Nov. 2, 2018) ("[I]n APA cases early summary judgment motions are often appropriate[.]"); Minute Order, *Genus Medical Technologies LLC v. FDA*, No. 19-cv-544-JEB (D.D.C. Apr. 30, 2019) (adopting joint motion for briefing schedule on cross-motions for summary judgment). Plaintiffs also assert that they are experiencing and will

1

continue to experience grave and unprecedented harm while the alleged agreement remains in force, such that good cause exists to expedite the Court's resolution of this case. *See* 28 U.S.C. § 1657(a). Defendants dispute that the relevant documents constitute a legally binding agreement and that Plaintiffs are harmed by the challenged actions but join in this request to promote efficient resolution of Plaintiffs' claims.

Accordingly, the parties respectfully request that the Court enter the following schedule, with the first deadline running from the date of any scheduling order entered by the Court:

| | |
|---|---|
| Defendants Produce Agreed-Upon Documents[1]: | 14 days, subject to entry of protective order[2] |
| Plaintiffs File Motion for Summary Judgment | 30 days later |
| Defendants File Consolidated Opposition to Summary Judgment, Motion to Dismiss, and Cross-Motion for Summary Judgment: | 30 days later |
| Plaintiffs File Consolidated Opposition and Reply: | 30 days later |
| Defendants File Reply: | 14 days later |

---

[1] The parties have negotiated the production of a set of documents to provide a shared factual basis for summary judgment briefing. Notwithstanding that agreement and this proposed schedule, Plaintiffs have reserved all rights to seek to complete or supplement the record or to move for targeted additional discovery should it become necessary.

[2] The parties are engaged in negotiations over the terms of a protective order to cover the production of documents in this case, including the agreed-upon documents and any materials produced in discovery if the Court were to order it. If the Court has not entered a protective order within 14 days of the entry of a scheduling order in this case, the parties agree that the deadline for Defendants to produce agreed-upon documents should be extended until a protective order is in place (and that subsequent deadlines should be extended commensurately). Plaintiffs reserve all rights to challenge Defendants' designation of any document as subject to such an order.

This schedule also obviates the need for Defendants to file an answer to the Complaint unless and until the Court declines to grant either motion for summary judgment, in which case Defendants will file their answer within 30 days of the Court's decision, and it would promote the orderly disposition of this case, reducing burdens on both the Court and the parties.

Dated:  July 8, 2025                              Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl (DC Bar No. 90033814)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Medha Raman (DC Bar No. 90027539)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036

(202) 559-4432
decker@rfkhumanrights.org
raman@rfkhumanrights.org

*Counsel for Plaintiff RFK Human Rights*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel

 /s/ Bradley P. Humphreys
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

4