**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*, <br><br>        *Plaintiffs*, <br><br>        v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br>        *Defendants*. | Case No. 1:25-cv-01774-JEB |

**DEFENDANTS' NUNC PRO TUNC MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR DE-DESIGNATION**

Defendants respectfully move nunc pro tunc for an extension of the deadline to respond to Plaintiffs' motion for de-designation of certain materials produced under the Protective Order entered in this case. Under paragraph 5(b) of the Protective Order, Defendants' response was due yesterday, August 28, 2025. *See* Protective Order ¶ 5(b), ECF No. 17. Defendants respectfully ask that the deadline be extended, nunc pro tunc, to September 2, 2025.

Defendants make this motion because, due in part to the press of expedited deadlines in other cases over the past week, undersigned counsel inadvertently overlooked the response deadline for Plaintiffs' motion provided in the Protective Order, which is shorter than the typical deadline provided under this Court's Local Rules. Within the last week, undersigned counsel has either filed or been substantially involved in the filing of an opposition to a motion for preliminary injunction, a summary judgment motion, and an appellate brief. Undersigned counsel is also working on an opposition to a motion for preliminary injunction due September 2, 2025 and preparing for an upcoming oral argument expected to be scheduled sometime next week. Undersigned counsel apologies to the Court for Defendants' failure to meet the deadline prescribed

by the Protective Order and respectfully requests a modest extension of two business days, until September 2, 2025, for Defendants to oppose Plaintiffs' motion.

Defendants will be prejudiced absent an extension. Defendants have designated the relevant material as "ATTORNEY'S EYES ONLY" under the terms of the protective order, meaning that Defendants have asserted a good faith belief that that the material contains:

> information that is not available to the general public and has been kept confidential pursuant to law or regulation; that the disclosure of the information is reasonably expected to cause harm to a Producing Party or to the United States; and that the information is:
>
> > (i) law enforcement privileged, and the disclosure of which the designating party has a good faith basis to believe would harm ongoing law enforcement operations or jeopardize the safety of individuals, law enforcement officers, or the public if disclosed to the Plaintiff parties in this case, or
> >
> > (ii) information from, relating to, or exchanged with a foreign government, the disclosure of which the designating party has a good faith basis to believe would jeopardize the safety of individuals or the public, or damage relations with a foreign government, if disclosed to the Plaintiff parties in this case.

Protective Order ¶ 2(c). Defendants respectfully submit that the Court should resolve the questions raised in Plaintiffs' motion on the merits, after receiving a response from Defendants, and not based on undersigned counsel's error. It is also in the public interest for the Court to resolve Plaintiffs' motion on the merits, particularly given that Defendants propose to oppose Plaintiffs' motion only two business days after Defendants' response was due.

Plaintiffs will not be prejudiced by Defendants' requested relief. Counsel for Plaintiffs already have in their possession the document that they seek to de-designate, and Plaintiffs filed their motion for summary judgment on August 22, 2025.

Pursuant to Local Civil Rule 7(m), Defendants contacted counsel for Plaintiffs regarding this motion, and Plaintiffs' counsel indicated that Plaintiffs take no position.

Dated: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*