# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01774-JEB |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia, Medha Raman hereby withdraws her appearance on behalf of Plaintiff Robert F. Kennedy Human Rights in the above-captioned case. Ms. Raman's fellowship with Robert F. Kennedy Human Rights has concluded and she is no longer employed at Robert F. Kennedy Human Rights effective September 3, 2025. All other counsel shall remain counsel for Plaintiff.

Dated: September 4, 2025

Respectfully submitted.

*/s/ Medha Raman*
Medha Raman
Robert F. Kennedy Human Rights
1300 19th St NW, Ste 750
Washington, D.C. 20036
T: (510) 505-4677
E: raman@rfkhumanrights.org

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of the United States District Court for the District of Columbia on September 4, 2025, by using the Court's CM/ECF filing system, which system will send notice of electronic filing to appearing parties in accordance with the procedures established.

Dated: September 4, 2025

/s/ Medha Raman
Medha Raman
Robert F. Kennedy Human Rights
1300 19th St NW, Ste 750
Washington, D.C. 20036
T: (510) 505-4677
E: raman@rfkhumanrights.org

*Counsel for Plaintiff RFK*