IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants.* | Case No. 25-cv-1774-JEB |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR DE-DESIGNATION

Plaintiffs notify the Court that they withdraw their pending motion for de-designation, ECF No. 23. That motion concerned Defendants' confidentiality designation of a single document, Bates-stamped RFK Human Rights_0004–7. After the motion was fully briefed, Defendants agreed to produce a de-designated version of that document that includes only minimal redactions, attached here as Exhibit 1. Having now secured substantially the relief requested, Plaintiffs withdraw their pending motion. This withdrawal is without prejudice, as Plaintiffs reserve all rights to re-file a motion for de-designation in the event that the redacted information becomes material to this case at a later date.

Because this document has been de-designated, Plaintiffs respectfully propose that the filings related to their original motion for de-designation should be unsealed (with the attached, redacted version substituted for Exhibit 1 to the original motion). Now that the material at issue is no longer designated Attorney's Eyes Only, there is

1

no basis for the parties' discussion of that material to remain under seal and unavailable to the public. For similar reasons, Plaintiffs intend to file on the docket a revised redacted version of their pending motion for summary judgment, which will remove the redactions relating to this now de-designated document. *See* ECF No. 17 ¶ 3.

Dated: September 8, 2025
Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl (DC Bar No. 90033814)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanrights.org

*Counsel for Plaintiff RFK Human Rights*