IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-01774-JEB |

**NOTICE OF APPEARANCE**

Please take notice that J. Stephen Tagert, Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: September 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel

/s/ J. Stephen Tagert
J. Stephen Tagert
(D.C. Bar No. 90013204)
Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
Stephen.tagert@usdoj.gov

*Counsel for Defendants*