IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*,<br><br>       *Plaintiffs*,<br><br>     v.<br><br>DEPARTMENT OF STATE, *et al.*,<br><br>       *Defendants*. | Case No. 1:25-cv-01774-JEB |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT**

Defendants respectfully move under Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' claims in this action for the reasons stated in Defendants' accompanying memorandum. Plaintiffs have not alleged Article III standing, so this Court lacks jurisdiction.

In the alternative, Defendants move under Rule 56 for summary judgment. As demonstrated in Defendants' accompanying memorandum, there is no genuine dispute of any material fact, and Defendants are entitled to judgment as a matter of law.

Dated: September 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

TIBERIUS DAVIS
Counsel to Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
BRADLEY P. HUMPHREYS
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
Stephen.Tagert@usdoj.gov

*Counsel for Defendants*