IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF STATE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01774-JEB |

NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS
AS COUNSEL FOR DEFENDANTS

Pursuant to D.C. Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Humphreys is leaving the Department of Justice and will no longer be associated with this case. J. Stephen Tagert has entered an appearance and will remain as counsel for Defendants.

Dated: September 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*