IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT F. KENNEDY
HUMAN RIGHTS, *et al.*,

    *Plaintiffs*,

v.

DEPARTMENT OF STATE, *et al.*,

    *Defendants*.

Case No. 25-cv-1774-JEB

**NOTICE OF FILING SECOND REVISED REDACTED
MOTION FOR SUMMARY JUDGMENT**

After filing their consolidated merits brief in this case, Defendants voluntarily (and without explanation) de-designated a document Bates-stamped RFK Human Rights_0010–14, which they had previously designated as Attorney's Eyes Only.

Plaintiffs had redacted references to that document (and the document itself, Plaintiffs' Exhibit 12) in their own motion for summary judgment. Now that the material at issue is no longer designated Attorney's Eyes Only, there is no basis for Plaintiffs' discussion of that material to remain under seal and unavailable to the public. Plaintiffs therefore file as attachments here a second revised redacted version of their pending motion, accompanied by a publicly filed Exhibit 12. *See* ECF No. 17 ¶ 3.

Dated: September 30, 2025

Respectfully submitted,

/s/ *Jessica Anne Morton*

Jessica Anne Morton (DC Bar No. 1032316)
Kevin E. Friedl (DC Bar No. 90033814)
Robin F. Thurston (DC Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmorton@democracyforward.org
kfriedl@democracyforward.org
rthurston@democracyforward.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanrights.org

*Counsel for Plaintiff RFK Human Rights*