IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF STATE, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-01774-JEB |

**DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 12, 2026 MINUTE ORDER**

On February 12, 2026, the Court stated in a minute order:

At a hearing this week before the Court in the related case of J.G.G. v. Trump, No. 25-766, Government counsel represented that he believed that the agreement/arrangement that is the subject of the current suit would expire in March 2026. Given that such a development could moot this matter, the Court ORDERS the Government to file by February 20, 2026, a supplemental brief indicating whether and on what date the agreement/arrangement will terminate and whether that in fact moots this case. Depending on the Government's position, the Court will afford Plaintiffs an opportunity to respond.

Feb. 12, 2026 Minute Order.

  Defendants respectfully state that the non-legally binding diplomatic arrangement at issue in this case does not have a termination date.

Dated: February 20, 2026       Respectfully submitted,

                 BRETT A. SHUMATE
                 Assistant Attorney General
                 Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

TIBERIUS DAVIS
Counsel to Assistant Attorney General

<u>/s/ J. Stephen Tagert</u>
J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*