UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT F. KENNEDY HUMAN
RIGHTS, *et al.*,

      Plaintiffs,

        v.

DEPARTMENT OF STATE, *et al.*,

      Defendants.

Civil Action No. 25-1774 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  Plaintiffs' [19] and [22] Motions for Summary Judgment are DENIED;

2.  Plaintiffs' [20] Motion to Supplement the Administrative Record is GRANTED;

3.  Defendants' [33] Motion to Dismiss is GRANTED; and

4.  The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  March 25, 2026