**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT F. KENNEDY HUMAN RIGHTS, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DEPARTMENT OF STATE, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 25-1774 (JEB)** |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' Motion for Reconsideration is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 2, 2026